■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS AUSTIN, Appellant. [863 NYS2d 613]—Appeal by the defendant from an order of the Supreme Court, Richmond County (Rienzi, J.), dated December 6, 2006, which, after a hearing, designated him a level three sex offender pursuant to Correction Law article 6-C.

Ordered that the order is affirmed, without costs or disbursements.

The Supreme Court's determination to designate the defendant a level three sex offender based upon a "presumptive override" factor, namely, that the defendant had "a prior felony conviction for a sex crime," is supported by clear and convincing evidence and, thus, should not be disturbed (*see People v*

*Juarbe,* 36 AD3d 602 [2007]; *People v Clinkscales,* 18 AD3d 726 [2005]).

The defendant's claim of ineffective assistance of counsel is without merit (*see People v Lamberty,* 45 AD3d 486 [2007]; *People v Douglas,* 18 AD3d 967, 968 [2005]; *cf. People v Stultz,* 2 NY3d 277, 287 [2004]). Fisher, J.P., Balkin, McCarthy and Chambers, JJ., concur.